IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR00662-001 |
| | ) | |
|     Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWARD E. WHITE, | ) | |
| | ) | |
|     Defendant. | ) | |

    This matter was heard on December 2, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Timothy C. Ivey.

    The violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on November 9, 2016 [Doc. 34]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

        1) failure to pay restitution.

    The Court, upon consideration of statements made by counsel, defendant, and the supervising United States Probation Officer, ordered defendant's salary be garnished in the amount of $100.00 per month to be applied to defendant's outstanding restitution balance. The Court requested the Probation Officer to file a request to modify the conditions of defendant's supervised release should defendant's income increase. The Court further ordered any windfall

defendant may receive, including any tax refund, be applied towards the arrears of restitution.

**IT IS SO ORDERED.**


Dated: December 2, 2016                             *s/    James S. Gwin*
                                                                        JAMES S. GWIN
                                                                        UNITED STATES DISTRICT JUDGE